164

MOSELEY ET AL., APPELLANTS, *v.* SUGAR FOOD CORPORATION, APPELLEE.

[Cite as Moseley *v.* Sugar Food Corp. (1988), 36 Ohio St. 3d 164.]

(No. 87-1839—Decided April 13, 1988.)

*Parrott & Parrott, Richard E. Parrott* and *Robert W. Parrott,* for appellants.

*Wiles, Doucher, Van Buren & Boyle Co., L.P.A., W. Charles Curley* and *Michael J. Kelley,* for appellee.

The judgment of the court of appeals (case No. 87AP-59) is reversed, and the cause is remanded to the trial court for further proceedings in light of *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489, decided this date.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.